PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $40,000.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:21-MC-00044-TLN-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Karen DeGuzman ("claimant"), by and through their respective counsel, as follows:

1.      On or about November 24, 2020, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation ("FBI") with respect to the Approximately $40,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on September 15, 2020.

2.      The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 22, 2021.

4. By Stipulation and Order filed February 23, 2021, the parties stipulated to extend to March 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed March 22, 2021, the parties stipulated to extend to April 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 21, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 21, 2021.

Dated:   04/21/21                                PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                           By:   /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant United States Attorney

Dated:   04/21/21                                /s/ Justin L. Ward
                                                 JUSTIN L. WARD
                                                 Attorney for potential claimant
                                                 Karen DeGuzman
                                                 (Signature authorized by email)

///

///

1    **IT IS SO ORDERED**.

2  Dated: April 22, 2001

                                               Troy L. Nunley
                                               United States District Judge

Stipulation and Order to Extend Time