PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00044-TLN-CKD |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $40,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States has elected to file a complaint for forfeiture against the Approximately $40,000.00 in U.S. Currency (2:21-CV-00931-MCE-KJN). Accordingly, this miscellaneous case may be closed.

Dated: 5/25/2021                                    PHILLIP A. TALBERT
                                                    Acting United States Attorney


                                    By:    /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney

Notice of Election