## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name:** (Last, First)<br>DeGuzman, Karen ||
| **Business/Institution Name:** (if applicable)<br>KC Liquidation | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code)<br>900 N. Market Boulevard, Suite G, Sacramento, California. ||
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)<br>852931236 ||
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** ||
| **Phone:** (optional) | **Email:** (optional) |
| ATTORNEY INFORMATION (if applicable) ||
| **Attorney Name:** (Last, First)<br>Hogan, Richard ||
| **Attorney Title:**<br>Privately retained counsel ||
| **Firm Name:** (if applicable)<br>Law Offices of Richard J. Hogan V ||
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br>1610 R Street, Sacramento, California, 95811 ||
| **Are you an attorney filing this claim on behalf of your client?** ■ YES ☐ NO ||
| **Attorney Phone:** (optional)<br>916-995-2245 | **Attorney Email:** (optional)<br>rjhvlaw@gmail.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| The case number is 2:21-MC-00044 TLN-CKD and 2:21-cv-009321-MCE-KJN | No asset identification has been provided by the entity responsible for seizing the property | Law enforcement seized, inventoried and scanned merchandize from KC Liquidation. The merchandise according to law enforcement is valued at approximately $200,000.00. Law enforcement has failed to provide a detailed list of the items inventoried. |
| 2:21-MC 00044-TLN-CKD and 2:21-cv-009321-MCE-KJM | No asset identification has ben provided by the entitiy responsible for seizing the property | Law enforcement seized $40,000.00 in cash from Ms. DeGuzman's private residence. |

## SECTION III – INTEREST IN PROPERTY

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| Asset ID | Asset Description |
| No asset identification has been provided by the entity responsible for seizing the property | Law enforcement seized, inventoried and scanned merchandize from KC Liquidiation. The merchandise according to law enforcement is valued at approximately $200,000.00. Law enforcement has failed to provide a detailed list of the items inventoried. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

I have a valid, good faith, and legally recognizable interest in the unlawfully seized inventory, valued by law enforcement at $200,000.00, because I legally purchased it from Walmart, Target, CVS, Rite-Aid, Safeway, That's Cheap, Prime Auctions, Salima wholesaler LA, Amazon, Brick Seekers, for resale at a discounted price. Law enforcement illegally seized items that I lawfully owned.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

I am no longer in possession of the receipts for these items because law enforcement seized them without warning. Law enforcement has failed to provide me with copies of the receipts they seized. Furthermore, law enforcement seized my books, which include all pay owe sheets, debts owed and payed, and items purchased. Again, law enforcement has failed to provide me with copies of the books they seized.

## SECTION III – INTEREST IN PROPERTY

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| Asset ID | Asset Description |
| No asset identification has ben provided by the entitiy responsible for seizing the property | Law enforcement seized $40,000.00 in cash from Ms. DeGuzman's private residence. |
|  |  |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

The $40,000.00 seized from my Mother's bedroom was procured legally by myself. I saved approximately $20,000.00 through business dealings at my legal liquidation business, KC liquidation. The remaining $20,000.00 was procured by way of a PPP loan.

The entirety of $40,000.00 seized was lawfully obtained by myself.

With regard to 40k: saved approximately 20k of it through business KC liquidation. The remaining 20k was procured by way of a PPP loan. Attached please find bank records which demonstrate transactions, including deposits and withdrawals, some of which was included in the 40K seized.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Attached please find bank records which demonstrate transactions, including deposits and withdrawals, which demonstrate lawful procurement of the $40,000.00 that was illegally seized by law enforcement.

## SECTION IV – RECOVERY OF LOSS

Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| Asset ID | Asset Description |
| N/A | N/A |
| N/A | N/A |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| Name of Insured: (Last, First) N/A | |
| Policy Number: N/A | Claim Number: N/A |
| Name of Insurance Company: N/A | Name of Insurance Agent: (Last, First) N/A |
| Insurance Company Address: (Include Street, City, State, and Zip Code) N/A | |
| Phone: (optional) N/A | Email: (optional) N/A |
| Have you received compensation from the insurance company?  ☐ YES  ☐ NO | Amount of Compensation: N/A |

If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| Source of Recovery 1: N/A | Amount of Recovery: |
| Source of Recovery 2: | Amount of Recovery: |

In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.

N/A



**BANK OF AMERICA**

KAREN CAYE ROQUE DE GUZMAN | Account # ▓▓▓▓▓▓ | July 23, 2020 to August 20, 2020

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 07/23/20 | Cash App*Cash 07/23 ▓▓▓▓▓ PMNT RCVD Cash App*Cash Out Visa Direct CA | 202.91 |
| 07/24/20 | VENMO*deguzman 07/24 ▓▓▓▓ PMNT RCVD VENMO*deguzman kc New York City NY | 85.64 |
| 07/24/20 | PAYPAL*De Guzm 07/25 ▓▓▓▓ PMNT RCVD PAYPAL*De Guzman San Jose CA | 49.50 |
| 07/27/20 | Zelle Transfer Conf# XXXXXXXXX; ▓▓▓▓▓ | 393.50 |
| 07/27/20 | Cash App*Cash 07/26 ▓▓▓▓ PMNT RCVD Cash App*Cash Out Visa Direct CA | 197.00 |
| 07/27/20 | Cash App*Cash 07/27 ▓▓▓▓ PMNT RCVD Cash App*Cash Out Visa Direct CA | 118.20 |
| 07/27/20 | Cash App*Cash 07/26 ▓▓▓▓ PMNT RCVD Cash App*Cash Out Visa Direct CA | 95.54 |
| 07/27/20 | Zelle Transfer Conf# fabd1c37c; ▓▓▓▓ | 58.00 |
| 07/28/20 | Zelle Transfer Conf# 0e7eeaf68; ▓▓▓▓ | 390.00 |
| 07/28/20 | Zelle Transfer Conf# T08KG6CTN; ▓▓▓▓ | 36.00 |
| 07/29/20 | PPP FUNDING    DES:PPPCBLOAN ID:2602725 INDN:XXXXXXXXX    CO ID:6264438761 CCD | 20,833.00 |
| 07/29/20 | Cash App*Cash 07/29 ▓▓▓▓ PMNT RCVD Cash App*Cash Out Visa Direct CA | 520.08 |
| 07/30/20 | Cash App*Cash 07/30 ▓▓▓▓ PMNT RCVD Cash App*Cash Out Visa Direct CA | 36.94 |
| 08/04/20 | Zelle Transfer Conf# ▓▓▓▓ | 33.00 |
| 08/04/20 | Zelle Transfer Conf# ▓▓▓▓ | 15.00 |
| 08/05/20 | Zelle Transfer Conf# XXXXXXXXX; ▓▓▓▓ | 91.00 |
| 08/06/20 | Zelle Transfer Conf# ▓▓▓▓ | 300.00 |
| 08/10/20 | Cash App*Cash 08/09 ▓▓▓▓ PMNT RCVD Cash App*Cash Out Visa Direct CA | 149.72 |
| 08/10/20 | Zelle Transfer Conf# ▓▓▓▓ | 85.00 |
| 08/13/20 | VENMO*deguzman 08/13 ▓▓▓▓ PMNT RCVD VENMO*deguzman ▓▓▓▓ | 1,253.50 |
| 08/17/20 | Cash App*Cash 08/16 ▓▓▓▓ NT RCVD Cash App*Cash Out Visa Direct CA | 308.30 |
| 08/17/20 | VENMO*deguzman 08/16 ▓▓▓▓ PMNT RCVD VENMO*deguzman kc New York City NY | 97.02 |

continued on the next page



Invest in their future — open a 529 plan

The future starts now at merrilledge.com/LearnMore



**MERRILL**
A BANK OF AMERICA COMPANY

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-04-20-0042.B | 3058679

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
Signature

KAREN CAYE DE GUZMAN
_____
Printed Name

06/29/2021
_____
Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.